UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID JOHN BROUSSARD, | ) | |
| | ) | |
| v. | ) | Case No: 7:19-cv-841 |
| | ) | |
| ELDOR AUTOMOTIVE, | ) | |
| POWERTRAIN USA, | ) | By: Michael F. Urbanski |
| Defendant. | ) | Chief United States District Judge |

## ORDER

This matter is before the court on the parties' joint stipulation of settlement and dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 19. At the videoconference hearing held on June 8, 2021, it became apparent that the court needed further information in order to fulfill its obligation to "scrutiniz[e] the settlement for fairness" as required under the Fair Labor Standards Act. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982). As such, the court continued the June 8, 2021 hearing and directed the parties to file memoranda addressing (1) the factors set forth in the Lynn's Foods framework; (2) "the probability of plaintiff's likelihood of success on the merits[; and (3)] the amount of the settlement in relation to the potential recovery." Order, ECF No. 22.

On June 17, 2021, the parties filed a joint brief in support of their stipulation of settlement and dismissal, addressing each of the aforementioned issues. ECF No. 23. On June 25, 2021, the parties held a videoconference hearing, and, it appears to the court that the

proposed settlement is appropriate for all parties, resolves all claims, and is acceptable to all parties.

Accordingly, the court finds the settlement to be fair and reasonable under all of the circumstances and **APPROVES** the settlement in this case pursuant to the terms set forth in the parties' joint brief in support of their stipulation of settlement and dismissal. Pursuant to the stipulation of the parties, it is **ORDERED** and **ADJUDGED** that this action be, and hereby is, **DISMISSED with prejudice** as to all claims, causes of action, and parties. The clerk is directed to close the case.

It is so **ORDERED**.

Entered: June 29, 2021

Michael F. Urbanski
Chief U.S. District Judge
2021.06.29 08:52:28
-04'00'

Michael F. Urbanski
Chief United States District Judge